# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES BUECHLER, | * |
| *Plaintiff,* | * Case No.: 11-cv-3283 |
| v. | * Filed Electronically |
| BALWANT SINGH, | * |
| and | * |
| USA LIQUORS LLC trading as JOHNSTON DISCOUNT LIQUORS | * |
| and DOES 1-10, inclusive, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ~~PROPOSED~~ ORDER

Upon consideration of Plaintiff's Motion for Default Judgment against Defendants, USA Liquors LLC and Balwant Singh, jointly and severally, the Court GRANTS the motion and enters Judgment in favor of the Plaintiff and against Defendants, USA Liquors LLC and Balwant Singh, jointly and severally in the amount of $2,510.00.

/s/ CCB   4-26-12

1